**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2433**

In re: PHILIP O'BRIANT,

        Petitioner - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:18-mc-00720)

Submitted: March 22, 2019               Decided: May 3, 2019

Before MOTZ, AGEE, and QUATTLEBAUM, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Phillip O'Briant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip O'Briant appeals the district court's order imposing pre-filing screening for his complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm, as modified, for the reasons stated by the district court. *See In re O'Briant*, No. 1:18-mc-00720 (D. Md. Nov. 13, 2018). We modify the district court's November 13, 2018 order only to include the following language:

> 2. The Clerk SHALL forward any further complaints or other papers submitted by Phillip O'Briant to a United States District Judge of this Court for a pre-filing screen as provided in Paragraph 1.

We grant O'Briant leave to proceed in forma pauperis but deny his petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*